UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 DEC -1  PM 12: 15

CLERK
BY /A L
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | )<br>)   Crim. No.: 2:21-cr-68 |
| DENNIS MARTIN,<br>Defendant | )<br>)<br>) |

### SUPERSEDING INDICTMENT

The Grand Jury charges:

#### Count One

On or about February 18, 2019, in the District of Vermont, defendant DENNIS MARTIN, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Ruger model LCP .380 caliber pistol, which had been shipped and transported in interstate commerce.

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

1

## FORFEITURE NOTICE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 18 U.S.C. § 922(g)(1) set forth in Count this Indictment, the defendant, DENNIS MARTIN shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing and willful commission of the offense, including, but not limited to: Ruger model LCP .380 caliber pistol with serial number 372120702 and five rounds of Jagemann Technologies .380 caliber ammunition.

A TRUE BILL

███████████████████████
FOREPERSON

_____
NIKOLAS P. KEREST (SAO)
United States Attorney
Burlington, Vermont
December 1, 2022